547 Pa. 160 (1997)
689 A.2d 224
PENNSYLVANIA STATE ASSOCIATION OF TOWNSHIP SUPERVISORS, The Pennsylvania State Association of Boroughs and East Caln Township, Appellants,
v.
DEPARTMENT OF GENERAL SERVICES OF THE COMMONWEALTH OF PENNSYLVANIA and the Pennsylvania League of Cities and Municipalities.
Supreme Court of Pennsylvania.
Argued January 29, 1997.
Decided February 19, 1997.

ORDER
PER CURIAM.
Order affirmed.
NEWMAN, J., did not participate in the consideration or decision of this case.